UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAFAEL ARROYO, JR.,<br><br>               Plaintiff,<br><br>       v.<br><br>DAVID G. SILVA, et al.,<br><br>               Defendants. | Case No.  5:14-cv-03988-EJD<br><br>**ORDER TO SHOW CAUSE** |

On September 3, 2014, the Clerk issued a notice which, consistent with General Order No. 56, required the parties to, inter alia, conduct a site inspection by December 17, 2014, meet in person to discuss settlement within 28 days thereafter, and file a notice of need for mediation within 42 days of the site inspection if settlement discussions were unsuccessful.  According to this schedule, Plaintiff should have filed the mediation notice no later than January 28, 2015. Plaintiff did not and has not done so.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute.  If Plaintiff does not, by **March 11, 2016**, file or cause to be filed a Notice of Settlement, a Notice of Need for Mediation as indicated in Section 7 of General Order No. 56, or otherwise demonstrate good cause in writing why this case should not be dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b).  No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated:  March 8, 2016



EDWARD J. DAVILA
United States District Judge

United States District Court
Northern District of California