UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR.,<br><br>        Plaintiff,<br><br>v.<br><br>DAVID G. SILVA;<br>ROSA DURAN;<br>5 SPOT CHIVAS GRILL, INC., a California Corporation; and Does 1-10,<br><br>        Defendants. | Case No.:   5:14-CV-03988-EJD<br><br>ORDER |

### **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days. The Court sets a Status Conference/OSC for May 19, 2016 at 10:00 am ~~pm~~ at which the parties, by and through their attorneys of record shall show cause why this case is not dismissed. If this case is dismissed prior to this hearing, the hearing will be automatically vacated and no appearance shall be required. The parties shall file a joint statement with an update on the status of the settlement on or before May 12, 2016.

**IT IS SO ORDERED.** The Order to Show Cause filed on March 8, 2016, is DISCHARGED.

Dated: March 10, 2016

_____
HONORABLE EDWARD J. DAVILA
United States District Court Judge